FILED
2021 AUG 9 AM 7:21
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOAQUIN LOUIS APODACA,<br><br>            Plaintiff,<br><br>v.<br><br>WEBER COUNTY SHERIFF'S OFFICE et al.,<br><br>            Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:21-cv-00077-JNP<br><br>District Judge Jill N. Parrish |

Plaintiff filed a prisoner civil-rights complaint under 42 U.S.C.S. § 1983 (2021), (ECF No. 4), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2021), (ECF No. 3). However, Plaintiff has not followed the Court's June 2, 2021 Order, (*id.*), to file within thirty days "a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *See id.* § 1915(a)(2).

Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED August 9, 2021.

BY THE COURT:

JUDGE JILL N. PARRISH
United States District Court