FILED
2022 MAR 29 AM 7:27
CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOAQUIN LOUIS APODACA,<br><br>               Plaintiff,<br><br>v.<br><br>WEBER CNTY. SHERIFF'S OFFICE et al.,<br><br>               Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:21-cv-00077-JNP<br><br>District Judge Jill N. Parrish |

    Plaintiff has not responded to the Court's January 25, 2022, order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee. And, Plaintiff has not since updated his address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number."). Indeed, the latest item that the Court mailed to Plaintiff was returned to sender, marked, "not in custody" and "unable to forward." (ECF No. 12.)

    Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

    DATED March 29, 2022.

                                        BY THE COURT:

                                        JILL N. PARRISH
                                        United States District Judge